UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEW ENGLAND PROPERTY SERVICES GROUP, LLC,<br>    Plaintiff,<br><br>v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br>    Defendant. | CIVIL ACTION NO: |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Pursuant to the provisions of 28 U.S.C. §1446(a) and Local Rule 81.1, the defendant, The Travelers Home and Marine Insurance Company ("Travelers"), hereby gives notice of its removal of this action to the United States District Court for the District of Massachusetts from the Superior Court of Massachusetts, in and for Norfolk County, and in support thereof, respectfully states as follows:

1. Travelers is the named defendant in a civil action brought in the Superior Court of the State of Massachusetts, in and for Norfolk County, captioned *New England Property Services Group, LLC v. The Travelers Home and Marine Insurance Company*, Civil Action No. 2582-CV-00122 ("*NEPSG* Action").

2. Travelers was served with a copy of the Summons and Complaint in the *NEPSG* Action on or about March 3, 2025. A true copy of the Summons and Complaint in the *NEPSG* Action, as served on Travelers, is attached to this Notice of Removal as **Exhibit A**.

3.     Travelers' Notice of Removal is filed within thirty (30) days after receipt by Travelers of service of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, as required by 28 U.S.C. §1446(b)[1].

4.     The *NEPSG* Action is a suit of a wholly civil nature brought in the Superior Court of the State of Massachusetts, in and for Norfolk County. The United States District Court for the District of Massachusetts is therefore the proper forum and venue to which this action may be removed under the provisions of 28 U.S.C. §§101 and 1441(a).

5.     This Court has original jurisdiction to entertain this action because the only parties to this case are citizens of different states, and because the plaintiff claims that it is likely that their exposure for potential indemnity and costs of defense exceed the sum of $75,000.00, exclusive of interest and costs. 28 U.S.C.§§1332(a)(1), 1441(a). Removal of this action is neither prohibited by 28 U.S.C. §1445, nor §1441(b)(2).

6.     With respect to diversity of citizenship, the plaintiff, New England Property Services Group, LLC ("NEPSG") is a Massachusetts Limited Liability Company with a usual place of business at 1822 North Main Street, Second Floor, Annex Suite #001, Fall River, Massachusetts 02720.

9.     The defendant, Travelers, is an insurance company domiciled in Connecticut and licensed to sell insurance in Massachusetts with a principal place of business at One Tower Square, Suite 2MS, Hartford, Connecticut 06183.

10.    Pursuant to 28 U.S.C. §1446(d), Travelers has filed a notice of the filing of this Notice of Removal, attached herewith as **Exhibit B**, with the Clerk of the Superior Court of the Commonwealth of Massachusetts, in and for Norfolk County.

---

[1] In filing this Notice of Removal, Travelers does not waive any defenses with regard to service of process or the adequacy of process.

2

11. Pursuant to 28 U.S.C. §1446(d), Travelers has requested that the Clerk of the Superior Court of the Commonwealth of Massachusetts, in and for Norfolk County, provide certified or attested copies of all records and proceedings in the *NEPSG* Action and certified or attested copies of all docket entries thereon. Travelers will cause such attested or certified copies of the state court record to be filed with this Court within thirty (30) days hereof as required.

12. Counsel for Travelers is duly admitted to practice before this Court and signs this Notice of Removal in accordance with the requirements of Fed. R. Civ. P. Rule 11.

WHEREFORE, the defendant, The Travelers Home and Marine Insurance Company, respectfully requests that the above-referenced action now pending in the Superior Court of the Commonwealth of Massachusetts, in and for Norfolk County, be removed from that Court to the United States District Court for the District of Massachusetts.

> Respectfully submitted,
> THE TRAVELERS HOME AND
> MARINE INSURANE COMPANY,
>
> By Its Attorneys,
>
> **MORRISON MAHONEY LLP**
>
> /s/ *William A. Schneider*
> William A. Schneider, BBO #636421
> Richard R. Hennessey, BBO #680652
> 250 Summer Street
> Boston, MA  02210
> Tel: (617) 439-7573
> Fax: (617) 342-4951
> *wschneider@morrisonmahoney.com*
> *rhennessey@morrisonmahoney.com*

## **CERTIFICATE OF SERVICE**

I, William A. Schneider, hereby certify that on March 21, 2025, I filed this document through the CM/ECF system, and a copy will be sent electronically to the registered participants as identified on the NEF (NEF), and paper copies will be sent to those indicated as non-registered participants.

Brittany J. Strojny, Esq.
New England Property Services Group, LLC
1822 North Main Road
Second Floor Annex, Suite 001
Fall River, MA 02720
brittany@newenglandpropertyserviesgroup.com

Michael Henry Brady, Esq.
New England Property Services Group, LLC
1822 North Main Road
Second Floor Annex, Suite 001
Fall River, MA 02720
lawcop99@comcast.net

/s/ *William A. Schneider*
William A. Schneider