# **EXHIBIT B**

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

NORFOLK, ss.                                            CIVIL ACTION NO. 258CV00122

|  |  |
|---|---|
| NEW ENGLAND PROPERTY SERVICES GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING OF NOTICE OF REMOVAL
## TO THE UNITED STATES DISTRICT COURT

TO THE NORFOLK SUPERIOR COURT CLERK:

Please take notice that on March 13, 2025, the above-captioned action has been removed to the United States District Court for the District of Massachusetts, pursuant to Title 28, United States Code § 1332. A certified copy of said Notice of Removal is attached hereto, in accordance with Title 28, United States Code §§1441(a) and 1446(d).

Respectfully submitted,
THE TRAVELERS HOME AND MARINE INSURANCE COMPANY,

By Its Attorneys,

**MORRISON MAHONEY LLP**

/s/ *William A. Schneider*

William A. Schneider, BBO #636421
Richard R. Hennessey, BBO #680652
250 Summer Street
Boston, MA  02210
Tel: (617) 439-7573
Fax: (617) 342-4951
*wschneider@morrisonmahoney.com*
*rhennessey@morrisonmahoney.com*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Odyssey File & Serve System will be sent electronically to the registered participants as identified on the Case Service Contacts List and/or paper copies will be sent to those, postage pre-paid, indicated as non-registered participants or participants on this 21st day of March 2025.

Brittany J. Strojny, Esq.
New England Property Services Group, LLC
1822 North Main Road
Second Floor Annex, Suite 001
Fall River, MA 02720
brittany@newenglandpropertyserviesgroup.com

Michael Henry Brady, Esq.
New England Property Services Group, LLC
1822 North Main Road
Second Floor Annex, Suite 001
Fall River, MA 02720
lawcop99@comcast.net

/s/ *William A. Schneider*
William A. Schneider

2